1  CAROLEE G. KILDUFF, ESQ. SBN 107232
   CORI R. SARNO, ESQ. SBN 230559
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendant CITY OF YUBA CITY
7  DEPARTMENT OF PUBLIC WORKS

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 DEAN SCOTT,                           )  Case No.:   08-CV-00873 LKK GGH
                                         )
12                     Plaintiff,        )  **STIPULATED REQUEST TO STAY THE**
                                         )  **PRETRIAL CONFERENCE, JOINT**
13          vs.                          )  **STATUS REPORT AND ISSUANCE OF A**
                                         )  **SCHEDULING ORDER; ORDER**
14 CITY OF YUBA CITY, DEPARTMENT OF      )
15 PUBLIC WORKS, and DOES 1 through 50,  )
   inclusive.                            )
16                                       )
                                         )
17                     Defendants.       )
   _____)

18      WHEREAS the Court's April 25, 2008 Order provides that a Pre-trial Scheduling/Status

19 Conference is to take place on July 7, 2008;

20      WHEREAS the Order further provides that the parties are each to "file with the Court

21 and serve upon all other parties…" a status report including a discussion of, among other things,

22 anticipated discovery, whether a Fed. R. Civ. P. 26(f) discovery conference should be held and

23 suggested cut-off days for discovery and cut-off dates for law and motion;

24      WHEREAS Defendant has filed a motion to dismiss several of Plaintiff's causes of

25 action pursuant to Fed. R. Civ. P. 12(b)(6) that is presently scheduled for hearing on June 30,

26 2008;

27      WHEREAS matters, including but not limited to anticipated discovery, subject matters of

28 discovery, timing of discovery and proposed dates for discovery cut-off, law and motion cut-off,

---

-1-
STIPULATED REQUEST TO STAY THE PRETRIAL CONFERENCE, JOINT STATUS REPORT AND
ISSUANCE OF A SCHEDULING ORDER; [PROPOSED ORDER]

PDF created with pdfFactory trial version www.pdffactory.com

estimated length of trial and prospects for settlement cannot be properly assessed prior to a ruling on the motion to dismiss, the filing of an amended complaint, notice of what causes of action will actually be litigated and notice of Defendant's affirmative defenses;

WHEREAS before the pleadings are finalized, the parties' Status Reports will be purely speculative as to each of the matters required therein;

WHEREAS the status conference and the issuance of a Scheduling Order will trigger such things as mandatory disclosures pursuant to Fed. R. 26(a) which requiring disclosure of witnesses and the subject matters of the witnesses testimony, also cannot be determined until the pleadings are finalized such that the parties are aware of the issues raised by the pleadings;

WHEREAS after the Scheduling Order is issued, a noticed motion Pursuant to Fed. R. Civ. P. 16 and a showing of good cause is required to modify the scheduling order;

WHEREAS the parties wish to avoid wasteful pretrial activities, such as motions to modify the scheduling order and believe that judicial economy is furthered and the burden on the parties and the Court are lessened by staying the status conference and the issuance of a pretrial scheduling order until the pleadings are finalized (i.e. there is a ruling on the motion to dismiss, an amended complaint has been filed and Defendant has filed an answer);

**THEREFORE, the parties, by and through their respective counsel, make the following stipulated request**:

That the Court stay the pretrial conference and deadline for submitting a joint status report until the pleadings are finalized (i.e. there is a ruling on the motion to dismiss, an amended complaint has been filed and Defendant has filed an answer).

**IT IS SO STIPULATED.**

Dated: June 24, 2008                    ANGELO, KILDAY & KILDUFF

                                        */s/ Cori R. Sarno*
                                        By:_____
                                            CAROLEE G. KILDUFF
                                            CORI R. SARNO
                                            Attorneys for Defendant CITY OF YUBA
                                            CITY, DEPARTMENT OF PUBLIC
                                            WORKS

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: June 23, 2008

2                                         LAW OFFICE OF BOWMAN & ASSOCIATES

3                                              */s/ Sean Gavin*
                                         By:_____
4                                              ROBERT C. BOWMAN, JR.
                                               SEAN GAVIN
5                                              Attorneys for Plaintiff

6

7      The status conference is continued to August 28, 2008 at 2:30 p.m.

8      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11     Dated:  June 24, 2008.

12

13                                         LAWRENCE K. KARLTON

14                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
15   I:CGK\Scott\pleadings\stip.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

---

-3-
STIPULATED REQUEST TO STAY THE PRETRIAL CONFERENCE, JOINT STATUS REPORT AND
ISSUANCE OF A SCHEDULING ORDER; [PROPOSED ORDER]

PDF created with pdfFactory trial version www.pdffactory.com