LAURENCE L. ANGELO, ESQ. SBN 034528
CAROLEE G. KILDUFF, ESQ. SBN 107232
CORI R. SARNO, ESQ. SBN 230559
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF YUBA CITY
DEPARTMENT OF PUBLIC WORKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SCOTT, | Case No.:  08-CV-00873 LKK GGH |
| Plaintiff, | **DEFENDANT CITY OF YUBA CITY DEPARTMENT OF PUBLIC WORKS' REQUEST FOR PAGE LIMIT EXTENSION AND ORDER** |
| vs. | |
| CITY OF YUBA CITY, DEPARTMENT OF PUBLIC WORKS, and DOES 1 through 50, inclusive. | **Trial Date:  July 13, 2010** |
| Defendants. | **Before Hon. Lawrence K. Karlton** |

The Court's Status (Pretrial Scheduling) Order dated September 5, 2008, limits the number of pages for the moving papers on a motion for summary judgment to thirty (30) pages.  Defendant CITY OF YUBA CITY, DEPARTMENT OF PUBLIC WORKS, is planning to file a motion for summary judgment or, in the alternative, summary adjudication of issues on or before November 6, 2009, and hereby requests an increase of twenty (20) pages (amounting to fifty (50) pages in total) for its motion.

A page limit increase not to exceed fifty (50) pages is necessary in order to adequately address all of the issues that are amenable to disposition as a matter of law without a trial.  This matter involves claims arising out of the Plaintiff's employment and includes multiple incidents that Plaintiff alleges constitutes harassment, discrimination and retaliation.  There are eight (8) separate cause of action under state and federal law.  Some of the causes of action involve multiple legal theories and purportedly involve several City employees.  Due to the number of issues, Defendants, and the claims presented, a page limit extension is needed to properly address each issue.

Counsel for Defendant will make their best effort to keep the brief as concise as possible.  Accordingly, Defendant seeks an extension of pages, not to exceed fifty (50) pages in length for their memorandum of points and authorities in support of summary judgment or, in the alternative, summary adjudication of issues.

Dated:  October 7, 2009                              ANGELO, KILDAY & KILDUFF

                                                                      /s/   Cori R. Sarno
                                                                 By:_____
                                                                     LAURENCE L. ANGELO
                                                                     CAROLEE G. KILDUFF
                                                                     CORI R. SARNO
                                                                     Attorneys for Defendant CITY OF
                                                                     YUBA CITY, DEPARTMENT OF
                                                                     PUBLIC WORKS

///
///
///
///
///

# ORDER

Based on the Request for Page Limit Extension filed by Defendant, CITY OF YUBA CITY, DEPARTMENT OF PUBLIC WORKS, leave is hereby granted to Defendant to file a memorandum of points and authorities in support of a motion for summary judgment or, in the alternative, summary adjudication of issues not to exceed fifty (50) pages in length.  In light of this extension, any memorandum of points and authorities filed in opposition may also exceed the Court's page limit but may not be more than fifty (50) pages in length.  Defendant's reply memorandum shall not exceed thirty (30) pages in length.

DATE: October 7, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT